UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STACY STROZIER,

        Plaintiff,

vs.

E*TRADE FINANCIAL CORPORATION,

        Defendant.

CIVIL ACTION FILE

NO. 1:12-cv-330-AT

**J U D G M E N T**

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed without prejudice**.

Dated at Atlanta, Georgia, this 27th day of February, 2013.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                            By:  s/ Harry F. Martin
                                     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 27, 2013
James N. Hatten
Clerk of Court

By: s/ Harry F. Martin
       Deputy Clerk